IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
AUG 1 6 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-31-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| DEREK TYSON BELLAMY, | |
| Defendant. | |

Upon the Defendant's Oral Motion to Continue Revocation Hearing, and for good cause being shown,

IT IS HEREBY ORDERED that the Final Hearing regarding Revocation of Supervised Release currently scheduled for Wednesday, August 15, 2018 at 2:30 p.m. is **VACATED** and reset to commence on **Friday, August 24, 2018 at 2:30 p.m.**

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 15th day of August, 2018.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1